# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 237th Judicial District Court, Lubbock County, TX | DC-2025-cv-0879 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Kaw Properties, LLC - Plaintiff | See attached. |
   |  |  |
   | United Fire & Casualty Company - Defendant | See attached. |
   |  |  |
   |  |  |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ✓ Yes      ☐ No

   If "*Yes*," by which party and on what date?

   | Plaintiff | 06/23/2025 |
   |---|---|
   | Party | Date |

4. **Answer:**

   Was an Answer made in State Court?   ☑ Yes        ☐ No

   If "*Yes*," by which party and on what date?

   | United Fire & Casualty Company - Defendant | 07/21/2025 |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | N/A | |
   | | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | N/A | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Kaw Properties, LLC - Plaintiff | Breach of insurance policy and insurance code violations. |

**2.    Style of Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party and Party Type | Attorney(s) |
| --- | --- |
| Kaw Properties, LLC – Plaintiff | DUGAS & CIRCELLI, PLLC<br>Vincent P. Circelli<br>State Bar No. 24058804<br>vcircelli@dcclawfinn.com<br>Preston J. Dugas III<br>State Bar No. 24050189<br>pdugas@dcclawfinn.com<br>Sarah Arroyo<br>State Bar No. 24138756<br>sarroyo@dcclawfirm.com<br>4800 Bryant Irvin Court<br>Fort Worth, Texas 76107<br>Telephone: (81 7) 817-7000<br>Facsimile: (682) 219-0761 |
| United Fire & Casualty Company - Defendant | ZELLE, LLP<br><br>Michael C. Upshaw<br>Texas State Bar No. 24099142<br>mupshaw@zellelaw.com<br>Hannah Motsenbocker<br>Texas State Bar No. 24109829<br>hmotsenbocker@zellelaw.com<br>901 Main Street, Suite 4000<br>Dallas, TX 75202-3975<br>Telephone:  214-742-3000<br>Facsimile:  214-760-8994 |