# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| KAW PROPERTIES, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § CIVIL ACTION NO. 5:25-cv-00156 <br> UNITED FIRE & CASUALTY § <br> COMPANY, § <br> § <br> Defendant. § | |

**EXHIBIT A**
**INDEX OF DOCUMENTS**

NOW COMES United Fire & Casualty Company ("Defendant") through undersigned counsel, who in accordance with 28 U.S.C. § 1447(b) and L.R. 81.1, states that the following are exhibits to its Notice of Removal:

1. Index of Documents– attached as *Exhibit A*;

2. State Court Docket Sheet – attached as *Exhibit B*;

3. Plaintiff's Original Petition, dated June 23, 2025– attached as *Exhibit C-1*;

4. Request for Citation, dated June 23, 2025– attached as *Exhibit C-2*;

5. Citation, dated June 24, 2025– attached as *Exhibit C-3*;

6. Return of Service, dated June 26, 2025– attached as *Exhibit C-4*; and

7. Defendant's Original Answer and Defenses, dated July 21, 2025– attached as *Exhibit C-5*.