# EXHIBIT B

7/24/25, 10:40 AM						re:SearchTX - KAW Properties, LLC vs. United Fire & Casualty Company DC-2025-CV-0879

Case 5:25-cv-00156-H-BV    Document 1-4    Filed 07/24/25    Page 2 of 3    PageID 14

## Case Information

### KAW Properties, LLC vs. United Fire & Casualty Company
DC-2025-CV-0879

0 left | File Into

Case last refreshed: 7/22/25 3:53 PM

**Location**
Lubbock County - District Clerk ⇄

**Case Category**
Civil - Other Civil

**Case Type**
Debt/Contract - Consumer/DTPA

**Case Filed Date**
6/23/2025

**Judge**
Les Hatch ▾

**Case Status**
Open/Active

## Parties [2]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | KAW Properties, LLC ▾ | | Circelli, Vincent P. ▾ |
| Defendant | United Fire & Casualty Company ▾ | | Upshaw, Michael C. ▾ |

## Hearings [0]

No hearings found.

## Events [8]

**Sort**
Oldest

Search Events

**Event Type**
All

Select/Deselect All

Download Selected

### XPETN
Plaintiff's Original Petition

**File Date**
6/23/2025

| Name | Description | Security Description | Pages | Price | | Select |
|---|---|---|---|---|---|---|
| Org. Petition - Kaw Properties.pdf.pdf | Org. Petition - Kaw Properties.pdf | PUB | 17 | Free | Owned | |

7/24/25, 10:40 AM  re:SearchTX - KAW Properties, LLC vs. United Fire & Casualty Company DC-2025-CV-0879

Case 5:25-cv-00156-H-BV   Document 1-4   Filed 07/24/25   Page 3 of 3   PageID 15

## O

File Date

6/23/2025



No Documents 

## DCP3

File Date

6/23/2025



No Documents 

## JYRQ

File Date

6/23/2025



No Documents 

## RQST

Request for Citation

File Date

6/23/2025



| Name | Description | Security Description | Pages | Price | | Select |
|---|---|---|---|---|---|---|
| Lubbock County District Clerk form for request of citationPRINT.pdf.pdf | Lubbock County District Clerk form for request of citationPRINT.pdf | PUB | 3 | Free | Owned | ☐ |

## CISS

DC EMAIL SERVICE 6.24.2025.MM

File Date

6/24/2025



| Name | Description | Security Description | Pages | Price | | Select |
|---|---|---|---|---|---|---|
| Citation Issued.pdf | Citation Issued | PUB | 2 | Free | Owned | ☐ |

## DOCU

Return of Service

File Date

6/26/2025



| Name | Description | Security Description | Pages | Price | | Select |
|---|---|---|---|---|---|---|
| Return of Service.pdf | Return of Service | PUB | 3 | Free | Owned | ☐ |

## ANSR

Defendant United Fire & Casualty Company's Original Answer and Defenses to Plaintiff's Original Petition

File Date

7/21/2025



| Name | Description | Security Description | Pages | Price | | Select |
|---|---|---|---|---|---|---|
| UFG-Kaw Properties Answer and Defenses .pdf.pdf | UFG-Kaw Properties Answer and Defenses .pdf | PUB | 9 | Free | Owned | ☐ |

© 2025 Tyler Technologies, Inc. | All Rights Reserved

Version: 2025.4.5.1340

