# EXHIBIT C-2

# CIVIL/CRIMINAL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING.
FOR PROTECTIVE ORDERS, FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED.

**CAUSE NUMBER:** DC-2025-CV-0879
**CURRENT COURT:** 237th DC
**TYPE OF INSTRUMENT** (See Reverse for Type): Citation
**QUANTITY:** 1
**FILE DATE OF MOTION:** 06/23/2025

**SERVICE TO BE ISSUED ON:**

1. **NAME:** United Fire & Casualty Company
   **ADDRESS:** 1999 Bryan Street, Suite 900
   Dallas, Texas 75201-3140
   **AGENT** (If Applicable): CT Corporation System

**TYPE OF SERVICE / PROCESS TO BE ISSUED** (See Reverse for Specific Type): personal process service

**SERVICE BY** (check one):

- [x] e-SERVICE
- [ ] LUBBOCK CO. CONSTABLE
- [ ] LUBBOCK CO. SHERIFF
- [ ] ATTORNEY PICK-UP
- [ ] CERTIFIED MAIL
- [ ] MAIL
- [ ] CIVIL PROCESS SERVER — Authorized Person to Pick-Up: ____ Phone: ____
- CIVIL PROCESS SERVER'S EMAIL ADDRESS: ____
- [ ] PUBLICATION
- [ ] POSTING
- [x] OTHER (Please Explain): return the citation electronically to our office for service via private process

*DISTRICT ATTORNEY USE ONLY:*
- [ ] - DA (Name of Person Requesting): ____ EXT: ____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

**NAME:** Vincent P. Circelli
**TEXAS BAR NO. / ID NO.:** 24058804
**MAILING ADDRESS:** 4800 Bryant Irvin Court
**TELEPHONE NUMBER:** (   ) 817-945-3061
**EMAIL ADDRESS:** vcircelli@dcclawfirm.com and aeasley@dcclawfirm.com

*FOR OFFICE USE ONLY:*
- [ ] - FEES ASSESSED
- [ ] - AFFIDAVIT OF INABILITY TO PAY ON FILE
- [ ] - URGENT

| **INSTRUMENTS TO BE SERVED:** | **PROCESS TYPE:** (Circle) |
|---|---|
| xxxx ORIGINAL PETITION | **NON WRIT:** |
| _____ AMENDED PETITION | CITATION |
| _____ SUPPLEMENTAL PETITION | ALIAS CITATION |
| | PLURIES CITATION |
| | SECRETARY OF STATE CITATION |
| _____ COUNTERCLAIM | COMMISSIONER OF INSURANCE |
| _____ AMENDED COUNTERCLAIM | HIGHWAY COMMISSIONER |
| _____ SUPPLEMENTAL COUNTERCLAIM | CITATION BY PUBLICATION |
| | NOTICE |
| | SHORT FORM NOTICE |
| _____ CROSS-ACTION | |
| _____ AMENDED THIRD-PARTY PETITION | PRECEPT (SHOW CAUSE) |
| _____ SUPPLEMENTAL THIRD-PARTY PETITION | RULE 106 SERVICE |
| | |
| | SUBPOENA |
| _____ INTERVENTION | |
| _____ AMENDED INTERVENTION | **WRITS:** |
| _____ SUPPLEMENTAL INTERVENTION | ATTACHMENT (PROPERTY) |
| | ATTACHMENT (WITNESS) |
| _____ INTERPLEADER | ATTACHMENT (PERSON) |
| _____ AMENDED INTERPLEADER | |
| _____ SUPPLEMENTAL INTERPLEADER | CERTIORARI |
| | |
| | EXECUTION |
| | EXECUTION AND ORDER OF SALE |
| _____ INJUNCTION | |
| | GARNISHMENT BEFORE JUDGMENT |
| _____ MOTION TO MODIFY/ENFORCE | GARNISHMENT AFTER JUDGMENT |
| | |
| _____ SHOW CAUSE ORDER | HABEAS CORPUS |
| | INJUNCTION |
| _____ TEMPORARY RESTRAINING ORDER | TEMPORARY RESTRAINING ORDER |
| | |
| | PROTECTIVE ORDER (FAMILY CODE) |
| | PROTECTIVE ORDER (CIVIL CODE) |
| | |
| | POSSESSION (PERSON) |
| | POSSESSION (PROPERTY) |
| | |
| | SCIRE FACIAS |
| | SEQUESTRATION |
| | SUPERSEDEAS |

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amy Easley on behalf of Vincent Circelli
Bar No. 24058804
aeasley@dcclawfirm.com
Envelope ID: 102328964
Filing Code Description: REQUEST
Filing Description: Request for Citation
Status as of 6/24/2025 8:18 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Vincent PCircelli | | vcircelli@dcclawfirm.com | 6/23/2025 7:16:53 PM | SENT |
| Amy Easley | | aeasley@dcclawfirm.com | 6/23/2025 7:16:53 PM | SENT |
| Sarah Arroyo | | sarroyo@dcclawfirm.com | 6/23/2025 7:16:53 PM | SENT |

Copy from re:SearchTX