# EXHIBIT C-3

## CITATION
## THE STATE OF TEXAS

TO:  United Fire and Casualty Company; Registered Agent: CT Corporation System
1999 Bryan Street, Suite 900, Dallas, Texas 75201-3140

Defendant Greetings:

### NOTICE

**You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 a.m. on the Monday following the expiration of twenty days after you have been served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file with the clerk. Find out more at TexasLawHelp.org.**

Said **Plaintiff's Original Petition** was filed in the **237th District Court** of Lubbock County, Texas, on **June 23, 2025**. The file number of said suit being Cause Number **DC2025CV0879**, and styled:

**KAW Properties, LLC,**
*Plaintiff*
**V.**
**United Fire & Casualty Company,**
*Defendant*

The nature of **Plaintiff's** demand is set out and shown by a true and correct copy of the **Original Petition**, accompanying this citation, and made a part thereof.

Plaintiff is represented by:
**Vincent P. Circelli, 4800 Bryant Irvin Court, Fort Worth, Texas 76107; (817)945-3061**

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Lubbock County, Texas, this Tuesday, June 24, 2025, at 8:26 AM.

Sara L. Smith, District Clerk
237th District Court
P.O. Box 10536 (79408)
904 Broadway
Lubbock, Texas 79401

By _____ Deputy
Meghan Mercado

**RETURN OF SERVICE**
**CITATION**

Issued: June 24, 2025

Lubbock County Cause Number: **DC2025CV0879**
237th District Court

**KAW Properties, LLC**
V.
**United Fire & Casualty Company**

PERSON OR ENTITY TO BE SERVED AND ADDRESS FOR SERVICE:
United Fire and Casualty Company; Registered Agent: CT Corporation System
1999 Bryan Street, Suite 900, Dallas, Texas 75201-3140

OFFICER'S RETURN

Came to hand on the ____ day of _____, 20___, at _____ O'clock AM/PM, and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the date of delivery endorsed thereon, together with a copy of the **Original Petition**, at the following time and places, to-wit:

| NAME | DATE & TIME | LOCATION/ADDRESS |
|---|---|---|
|  |  |  |

*OR NOT* executed to the named Defendant; The diligence used in finding said defendant, the cause of failing to execute this process and the information received as to the whereabouts of the said defendant, being:

_____
_____

FEES FOR SERVING:        $_____
FEES FOR NOT SERVING:    $_____        **Officer or Authorized Person**
OTHER FEES:              $_____
**TOTAL FEES:**          $_____        **County, Texas**

**Signature of Officer or Authorized Person**

**\*\*COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT\*\***
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is
        (First, Middle, Last)
_____
                              (Street, City/State, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____.

**Declarant/Authorized Process Server**

**I.D. # & Expiration of Certification"**