# EXHIBIT C-4

Filed 6/26/2025 1:52 PM
Sara L. Smith
Lubbock County - 237th District Court
Lubbock County, Texas
TB

CAUSE NO. <u>DC2025CV0879</u>

| | | |
|---|---|---|
| KAW PROPERTIES, LLC, | § § § § | IN THE DISTRICT COURT |
| Plaintiff(s), vs. | § § | 237TH JUDICIAL DISTRICT |
| UNITED FIRE AND CASUALTY COMPANY, | § § § | |
| Defendant(s). | § | LUBBOCK COUNTY, TEXAS |

## RETURN OF SERVICE

Came to my hand on **Tuesday, June 24, 2025 at 12:28 PM,**
Executed at: **1999 BRYAN STREET, STE 900, DALLAS, TX 75201**
at **2:04 PM,** on **Tuesday, June 24, 2025,** by delivering to the within named:

**UNITED FIRE AND CASUALTY COMPANY**

by delivering to its **Registered Agent, CT CORPORATION SYSTEM**
by delivering to its **Authorized Employee, ZACHARY ROUSE**
a true copy of this

**CITATION and PLAINTIFF'S ORIGINAL PETITION**

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Tracy Edwards, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Tuesday, June 24, 2025

By: _____
Tracy Edwards - PSC 1872 - Exp 03/31/26
served@specialdelivery.com

Copy from re:SearchTX

## CITATION
## THE STATE OF TEXAS

TO:   United Fire and Casualty Company; Registered Agent: CT Corporation System
1999 Bryan Street, Suite 900, Dallas, Texas 75201-3140

Defendant Greetings:

### NOTICE

**You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 a.m. on the Monday following the expiration of twenty days after you have been served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file with the clerk. Find out more at TexasLawHelp.org.**

Said **Plaintiff's Original Petition** was filed in the **237th District Court** of Lubbock County, Texas, on **June 23, 2025**. The file number of said suit being Cause Number **DC2025CV0879**, and styled:

**KAW Properties, LLC,**
*Plaintiff*
**V.**
**United Fire & Casualty Company,**
*Defendant*

The nature of **Plaintiff's** demand is set out and shown by a true and correct copy of the **Original Petition**, accompanying this citation, and made a part thereof.

Plaintiff is represented by:
**Vincent P. Circelli, 4800 Bryant Irvin Court, Fort Worth, Texas 76107; (817)945-3061**

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Lubbock County, Texas, this Tuesday, June 24, 2025, at 8:26 AM.

Sara L. Smith, District Clerk
237th District Court
P.O. Box 10536 (79408)
904 Broadway
Lubbock, Texas 79401

By _____ Deputy
Meghan Mercado

Copy from re:SearchTX

<u>**RETURN OF SERVICE**</u>
<u>**CITATION**</u>

Issued: June 24, 2025

Lubbock County Cause Number: DC2025CV0879
**237th District Court**

**KAW Properties, LLC**
V.
**United Fire & Casualty Company**

PERSON OR ENTITY TO BE SERVED AND ADDRESS FOR SERVICE:
**United Fire and Casualty Company; Registered Agent: CT Corporation System
1999 Bryan Street, Suite 900, Dallas, Texas 75201-3140**

OFFICER'S RETURN

Came to hand on the ____ day of _____, 20___, at _____ O'clock AM/PM, and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the date of delivery endorsed thereon, together with a copy of the **Original Petition**, at the following time and places, to-wit:

| NAME | DATE & TIME | LOCATION/ADDRESS |
|---|---|---|
|  |  |  |

*OR NOT* executed to the named Defendant; The diligence used in finding said defendant, the cause of failing to execute this process and the information received as to the whereabouts of the said defendant, being:
_____
_____

FEES FOR SERVING:          $_____
FEES FOR NOT SERVING:      $_____           _____
OTHER FEES:                $_____           **Officer or Authorized Person**
TOTAL FEES:                $_____           _____
                                                 **County, Texas**
                                                 _____
                                                 **Signature of Officer or Authorized Person**

**\*\*COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT\*\***
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is
               (First, Middle, Last)
_____.
                         (Street, City/State, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____.

                                                 _____
                                                 **Declarant/Authorized Process Server**
                                                 _____
                                                 **I.D. # & Expiration of Certification"**

*[Stamp: RETURN / AFFIDAVIT / PROOF / ATTACHED]*

Copy from re:SearchTX